[No. 9732-3-III. Division Three. October 26, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MISTI L.E., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-8-00755-8, Robert D. Austin, J.,

entered December 1, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.